IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN A. FRENCH, JR.,

                Plaintiff,                    OPINION AND ORDER

   v.

                                                20-cv-434-slc

MS. CINDY BUCHANAN,
DR. MARTHA MASCIOPINTO,
G. FITZPATRICK, and
DR. JUSTIN RIBAULT,

                Defendants.

---

*Pro se* plaintiff John French, who previously was incarcerated at Columbia Correctional Institution (Columbia), is proceeding in this civil action challenging the medical care he received at Columbia related to his seizure condition and Crohn's disease. Defendants Cindy Buchanan, G. Fitzpatrick, and Justin Ribault have jointly moved for summary judgment (dkt. 59), and defendant Martha Masciopinto has separately moved for summary judgment (dkt. 65). The court set June 21, 2022, as French's deadline to oppose these motions, but the court has received nothing from French. Although French recently has been released from incarceration by the Wisconsin Department of Corrections and his location has changed, the clerk of court has made efforts to ensure that French received the court's deadlines by sending the deadlines to the two addresses listed on defendants' certificates of service. Because French has not responded to defendants' motions, it appears that he has abandoned this lawsuit. I will give French one last chance, until **July 22, 2022**, to respond to defendants' motions. If he fails to respond fully by this deadline, then I will dismiss plaintiff's claims in this lawsuit with prejudice, for failure to

prosecute.

ORDER

IT IS ORDERED that plaintiff John French has until **July 22, 2022**, to file an opposition to defendants' motions for summary judgment. **Plaintiff is advised that his failure to respond by that deadline will cause the court to dismiss his claims in this lawsuit with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

Entered this 1st day of July, 2022.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge